ACCEPTED
04-15-00548-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/3/2015 3:22:12 PM
KEITH HOTTLE
CLERK

04-15-00548-CV

## CAUSE NO. _____

### IN THE COURT OF APPEALS
### FOURTH COURT OF APPEALS DISTRICT
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/3/2015 3:22:12 PM
KEITH E. HOTTLE
Clerk

**RUFINA REYES YANEZ,**
     **Appellant**

**vs.**

**AMERICAN GENERAL LIFE INSURANCE COMPANY,**
     **Appellee**

### Trial Court No. 2014CVF000504-D3
### 341ST DISTRICT COURT OF WEBB COUNTY, TEXAS

### MOTION FOR EXTENSION OF TIME TO FILE
### APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

1.    Appellant RUFINA REYES YANEZ files this motion for extension of time of 15 days to file her notice of Appeal regarding the final summary judgment that was entered on July 20, 2015. The Notice of Appeal is included with this request for Extension.

2.    The right to appeal is a valuable right and the Supreme Court has made it clear that such a right should not be denied if good cause exists for extending the time to appeal. See Verburgt v. Dorner, 959 S.W. 2nd 615, 616-17 (Tex. 1997).

3.    Good cause exists for granting of the extension. During the past several months Appellant's counsel had been involved in Cause No. 15-01-13356-ZCV, David Rodriguez, et al vs. Rose Rock Midstream Field Services, L.L.C., et al filed in the 293rd District Court of Zavala County, Texas, a four vehicle collision that resulted in six deaths and injuries to other persons. The case has involved and will continue to involve multiple depositions, extensive requests for discovery, and examination of the vehicles.

4.    **PRAYER.**    Premises Considered, Appellant asks the Court to grant this motion.

Respectfully submitted,

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas  78040
Tel (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for Appellant

Subscribed and sworn to by Armando Treviño on the ___3rd___ day of September, 2015.

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, I served a copy of the Motion For Extension Of Time To File Appellant's Brief JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

ARMANDO TREVINO